No. 3583.—CARRIÓN, aplte., v. NADAL ET AL., apdas.—C. D. Mayagüez. Mayo 29, 1925. Memorándum de costas. Siendo las cuestiones planteadas en este caso las mismas que acaba de decidir el tribunal en el recurso No. 3582 de *Carrión* v. *Nadal,* de mayo 29, 1925, *se confirma la orden apelada* condenando al demandante al pago de $210 en concepto de costas.

No. 484. — RODRÍGUEZ, peticionario, v. CORTE DE DISTRITO DE ARECIBO, HON. E. LLOREDA, JUEZ, DEMANDADO.—*Certiorari.* Jun. 3, 1925. *Anulada* la orden de que se queja el peticionario y se devuelve el caso a la Corte de Distrito de Arecibo, la que deberá adoptar las medidas adecuadas a fin de que el apelante pueda colocar a esta Corte Suprema en las mismas condiciones en que se encontraba la de Distrito al resolver el *habeas corpus.*